FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BURL J. WALLACE, SR., husband, EVELYN WALLACE, wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT USA INC., a Delaware Corporation doing business in Washington,<br><br>Defendant. | No. 4:22-CV-05011-MKD<br><br>ORDER ON STIPULATED MOTION TO DISMISS<br><br>ECF No. 12 |

Before the Court is the parties' Stipulated Motion to Dismiss and Order, ECF No. 12. Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties stipulate and agree to the dismissal of this action in its entirety with prejudice, each party to bear their own attorney's fees and costs. The stipulation is signed by all counsel for all parties who have appeared.

Accordingly, **IT IS ORDERED:**

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE-RULE 41(a)(1)(A)(ii) - 1

1  1.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulated motion,

2  **ECF No. 12**, all claims are **DISMISSED with prejudice**, without an award of fees

3  or costs.

4  2.  Any pending motions are **DENIED as moot**.

5  3.  All hearings and other deadlines are **STRICKEN**.

6  **IT IS SO ORDERED.**  The District Court Executive is directed to file this

7  Order, provide copies to counsel, and **CLOSE** the file.

8  DATED February 2, 2023.

9  <u>*s/Mary K. Dimke*</u>
    MARY K. DIMKE
10  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE-RULE 41(a)(1)(A)(ii) - 2